IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TITUS L. KENNEDY,

    Plaintiff,

v.  :  CIVIL ACTION NO.: CV513-014

JOHN T. LEE and
CRAIG COLLEY, Deputy,

    Defendants.

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Plaintiff filed a pleading in response to this Report and Recommendation, which was docketed as his Objections to the Magistrate Judge's Report and Recommendation. Each of the Defendants filed a Response to Plaintiff's pleading.

A review of Plaintiff's pleading indicates that Plaintiff does not offer an actual objection to the Magistrate Judge's Report, as this pleading is not responsive to the Report. However, to the extent this pleading can be construed as Plaintiff's Objections to the Magistrate Judge's Report and Recommendation, Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendants' Motions to Dismiss are **GRANTED**. Plaintiff's Complaint is **DISMISSED**, without prejudice. Once Plaintiff's criminal charges have

been resolved, he may re-file his cause of action, if he desires. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 30 day of September, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA